**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CLAIRE SILVA,**<br>**Plaintiff**<br><br>**v.**<br><br>**YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC.; YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE USA; and YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC., NEW ENGLAND COUNSEL,**<br>**Defendants** | **C.A. No.: 08-151 S**<br><br>**ENTRY OF APPEARANCE and STIPULATION TO ANSWER OUT OF TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for Plaintiff and Counsel for Defendant Young Women's Christian Association of Greater Rhode Island, Inc., that:

1. Anthony J. DiOrio, a partner of the firm Jackson Lewis LLP, and Rebecca McSweeney, Of Counsel with the firm Jackson Lewis LLP, hereby enter their appearances on behalf of Defendant Young Women's Christian Association of Greater Rhode Island, Inc. ("YWCAGRI");

2. The time for the YWCAGRI to Answer, move or otherwise respond to Plaintiffs' Complaint shall be extended to and including August 22, 2008.

3. YWCAGRI hereby waives any and all issues regarding service of process.

Dated: August 8, 2008

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. (#3900)
305 South Main Street
Providence, R.I. 02903
(401) 272-8250
(401) 272-4520 (fax)
COUNSEL FOR PLAINTIFF

Dated: August 8, 2008

/s/ Anthony J. DiOrio__________
Anthony J. DiOrio, Esq. (#3419)
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444
(401) 454-7702 (fax)
diorioa@jacksonlewis.com
COUNSEL FOR DEFENDANT
YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF GREATER RHODE ISLAND

Dated August 8, 2008

/s/ Rebecca McSweeney________
Rebecca McSweeney, Esq. (#4020)
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444
(401) 454-7702 (fax)
mcsweenr@jacksonlewis.com
COUNSEL FOR DEFENDANT
YOUNG WOMEN'S CHRISTIAN
ASSOCIATION OF GREATER RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CLAIRE SILVA,**<br>**Plaintiff**<br><br>**v.**<br><br>**YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC.; YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE USA; and YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC., NEW ENGLAND COUNSEL,**<br>**Defendants** | **C.A. No.: 08-151 S** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the Stipulation to Answer Out of Time has been filed electronically and that it is available for viewing and downloading from the ECF system, this 20th day of August, 2008.

/s/ Rebecca McSweeney_____
Rebecca McSweeney (#4020)