**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CLAIRE SILVA,**<br>**Plaintiff** | |
| **v.** | **C.A. No.: 08-151 S** |
| **YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC.; YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE USA; and YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC., NEW ENGLAND COUNSEL,**<br>**Defendants** | **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant YWCA of Greater Rhode Island, Inc., s/h/a Young Women's Christian Association of Greater Rhode Island, Inc. ("YWCAGRI"), is a nongovernmental corporate party which is a private, non-profit, 501(c)(3) corporation. The YWCAGRI has no parent corporation, and no publicly traded corporation owns a 10% or greater interest in the YWCAGRI.

Respectfully submitted,

JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: 401-490-3444

By: /s/ Rebecca McSweeney (#4020)

Dated: August 27, 2008
Providence, Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CLAIRE SILVA,** **Plaintiff** | : | |
| **v.** | : | **C.A. No.: 08-151 S** |
| **YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC.; YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE USA; and YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF GREATER RHODE ISLAND, INC., NEW ENGLAND COUNSEL,** **Defendants** | : | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that Defendant's Rule 7.1 Statement has been filed electronically and that it is available for viewing and downloading from the ECF system, this 27th day of August, 2008.

/s/ Rebecca McSweeney (#4020)